EUGENE T. SINGER, Appellant, *v.* THE YOKOHAMA SPECIE BANK, LIMITED, Defendant, and ELLIOTT V. BELL, as Superintendent of Banks of the State of New York, Respondent.

Submitted January 8, 1945; decided March 1, 1945.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 542.]